

## United States District Court
## Eastern District of California

| Blue Sky Vineyards, LLC & Kemner Wine Inc. |
|---|

Plaintiff(s)

Case Number:

| 2:26-cv-00564-JDP |
|---|

V.

| Paul Tupy and Rob Bonta |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Sean O'Leary _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Blue Sky Vineyards, LLC & Kemner Wine Inc. _____

On __November 4, 1999__ (date), I was admitted to practice and presently in good standing in the

__State of Illinois__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __2-25-26__          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name:      Sean O'Leary

Law Firm Name:      O'Leary Law and Policy Group, LLC

Address:      205 N Michigan Suite 810

City:      Chicago      State:   IL      Zip:   60601

Phone Number w/Area Code:   (312) 535-8380

City and State of Residence:    Dyer, IN

Primary E-mail Address:    sean.o@irishliquorlawyer.com

Secondary E-mail Address:    sean.oleary@olearylpgroup.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:    Gillian Garrett

Law Firm Name:    Gillian Garrett Law, PC

Address:    337 17th Street, #101A

City:      Oakland      State:   CA      Zip:   94612

Phone Number w/Area Code:   (323) 481-7116      Bar #   225965

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 2, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE